1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DARRYL WAYNE OAK,

11           Plaintiff,                    No. CIV S-04-0624 FCD DAD P

12       vs.

13   GOVERNMENT CLAIMS               FINDINGS & RECOMMENDATIONS
     BRANCH, et al.,
14
             Defendants.
15
     _____/
16

17           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

18   42 U.S.C. § 1983.  On September 21, 2004 the court dismissed plaintiff's complaint and granted

19   him leave to file an amended complaint.  Plaintiff has filed an amended complaint, however, the

20   court finds that it too fails to state a cognizable claim.

21           In the order filed September 21, 2004, the court determined that plaintiff's

22   original complaint was so vague and conclusory that the court was unable to determine whether

23   the action was frivolous or failed to state a claim.  Because it appeared that plaintiff might be

24   alleging an Eighth Amendment medical care claim, plaintiff was provided the legal standards for

25   such a claim by the court.  Plaintiff was also advised that the Government Claims Branch at

26   /////

                                            1

1  Folsom State Prison was not a proper defendant for a § 1983 action because a suit against a state

2  agency was barred by the Eleventh Amendment.

3            In his amended complaint, plaintiff again names the Government Claims Branch

4  as the sole defendant.  In addition, plaintiff again fails to state a cognizable Eighth Amendment

5  claim with respect to the medical care provided to him by prison authorities.  In his amended

6  complaint plaintiff alleges that there was negligence in connection with the  medical care

7  provided to him.  In this regard, plaintiff appears to disagree with the treatment he has received

8  for his injured left knee.  Although plaintiff was advised by the court in its prior order that a mere

9  difference of opinion regarding treatment between a prisoner and prison medical staff does not

10 give rise to a § 1983 claim, plaintiff has not cured this defect in his amended complaint.  Plaintiff

11 has also failed to allege facts demonstrating deliberate indifference to his medical care by state

12 actor.

13           Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for

14 failure to state a claim.

15           These findings and recommendations are submitted to the United States District

16 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

17 days after being served with these findings and recommendations, plaintiff may file written

18 objections with the court.  The document should be captioned "Objections to Magistrate Judge's

19 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

20 specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

21 F.2d 1153 (9th Cir. 1991).

22 DATED: September 28, 2005.

23

24 _____
   DALE A. DROZD
25 UNITED STATES MAGISTRATE JUDGE

26 DAD:4
   oak0624.fsc

2